10 So.2d 57

**Beady HUNT v. STATE.**

**8 Div. 275.**

Court of Appeals of Alabama.

June 30, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

8 So.2d 224

**Will HUTSON v. STATE.**

**8 Div. 220.**

Court of Appeals of Alabama.

March 23, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

1 So.2d 44

**Hubert HYDE v. STATE.**

**8 Div. 76.**

Court of Appeals of Alabama.

Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

11 So.2d 169

**Louis HYMAN, Jr., v. CITY OF DE-MOPOLIS.**

**2 Div. 711.**

Court of Appeals of Alabama.

Oct. 29, 1942.

PER CURIAM.

Appeal dismissed for want of prosecution.

3 So.2d 923

**William L. INGRAM v. STATE.**

**6 Div. 785.**

Court of Appeals of Alabama.

July 16, 1941.

Thos S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

4 So.2d 922

**Ed. INGRUM v. STATE.**

**8 Div. 137.**

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.